UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 24-01897
Doris A Nelson )
) Chapter: 13
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO DISMISS FOR UNREASONABLE DELAY

This matter coming before the Court on the Trustee's Motion to Dismiss, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted, and the above-captioned case is dismissed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 17, 2024

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)